## Rogers's Estate.

Argued December 6, 1933. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

532

534

536

*Harry J. Alker, Jr.,* with him *E. Waring Wilson* and *Lemuel B. Schofield,* for appellant, in No. 303.

*Philip Price,* with him *Barnes, Biddle & Myers,* for appellant, in No. 327.

*W. Logan MacCoy,* of *MacCoy, Evans, Hutchinson & Lewis,* for appellees.

PER CURIAM, January 2, 1934:

Nothing need be added to what is so well expressed in the opinion of Judge STEARNE in passing upon and disposing of the questions involved in these two appeals. Upon that opinion the decree of the lower court is affirmed. Costs to be paid by appellants.